UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA MCCONVILLE,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 17-cv-06303-HSG<br><br>**ORDER DIRECTING U.S. MARSHAL TO PROVIDE STATUS REPORT REGARDING SERVICE**<br><br>Re: Dkt. No. 5 |

Plaintiff Clara McConville filed an application to proceed in forma pauperis, which the Court granted on November 1, 2017. Dkt. Nos. 2, 4. In that order, the Court directed the Clerk to issue summons, and the U.S. Marshal for the Northern District of California to serve, without prepayment of fees, a copy of the complaint, scheduling order, Plaintiff's affidavit, and other documents specified by the Clerk. Dkt. No. 4. The summons was issued the following day on November 2, 2017.

There has been no activity since summons was issued. It is unclear whether the U.S. Marshal served the Commissioner of Social Security, the U.S. Attorney General, or the U.S. Attorney General's office. The Court therefore DIRECTS the U.S. Marshal to file by May 14, 2019, either the proof of service if service has been perfected, or if not, a status report notifying the Court of the status of service and the reasons why service has not been perfected.

**IT IS SO ORDERED.**

Dated: 5/10/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge