UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA MCCONVILLE,<br>        Plaintiff,<br>v.<br>ANDREW SAUL,<br>        Defendant. | Case No. 17-cv-06303-HSG<br>**ORDER OF DISMISSAL** |

Plaintiff filed this Social Security review action on October 31, 2017. Dkt. No. 1. To date, the Court has not received any further communications from Plaintiff. Plaintiff did not file her motion for summary judgment by the deadline and did not respond to the Court's multiple orders directing her to file a consent or declination to proceed before a magistrate judge. *See* Dkt. Nos. 10, 13. On September 11, 2019, the Court issued an order to show cause why the Court should not dismiss this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Dkt. No. 15. In the order, the Court informed Plaintiff that failure to respond by September 24, 2019 would result in dismissal of this action without prejudice. *Id*. Plaintiff again did not respond.

Plaintiff has failed to file her motion for summary judgment, respond to the Court's order to show cause, or otherwise participate in this litigation. The Court finds that Plaintiff has demonstrated that she is unable or unwilling to adequately prosecute this case. Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE** under Rule 41(b) for failure to prosecute. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 10/3/2019

                                            HAYWOOD S. GILLIAM, JR.
                                            United States District Judge